# EXHIBIT "I"

**F I L E D**

Chris Daniel
District Clerk

SEP 29 2017

Time: _____

Harris County, Texas

By: _____
Deputy

CAUSE NO. 2017-64469

| | | |
|---|---|---|
| EZ EXIT NOW, LLC., | § | IN THE DISTRICT COURT |
| DANNY L. COBB AND KRISTIN | § | |
| J. COBB | § | |
| **Plaintiffs,** | § | |
| | § | 125th   DISTRICT COURT |
| vs. | § | |
| | § | |
| MICHAEL HOURIHAN, | § | |
| **Defendant.** | § | HARRIS COUNTY, TEXAS |

*P. 3*
*TRORX*
*STBNX*
*CASO*

## TEMPORARY INJUNCTION AND RESTRAINING ORDER
## AND  ORDER SETTING HEARING FOR TEMPORARY ORDERS

The application of Plaintiffs, **EZ EXIT NOW, LLC., DANNY L. COBB AND KRISTIN**

**J. COBB**, for Emergency Exparte Temporary Injunction and Restraining Order was presented to

the Court on this 29 th day of September, 2017.  Defendant is **MICHAEL HOURIHAN**. The

Court examined the pleadings and affidavits of Plaintiffs **EZ EXIT NOW, LLC., DANNY L.**

**COBB AND KRISTIN J. COBB**, and finds that Plaintiffs are entitled to a Temporary Injunction

and Restraining Order forbidding the Defendant, individually and jointly from removing him

from and entering onto the business property of the Plaintiffs  located at  4606 FM 1960 Suite

210, Houston, Texas 77069 as the facts set forth in the Plaintiff's Original Petition and

Injunction, the exhibits and sworn affidavit attached thereto, that unless Defendant is

immediately restrained from the acts prohibited below, Defendants, individually and jointly will

commit such acts before notice can be given and a hearing can be held on the Plaintiff's request

for a Temporary Injunction.  Further, Defendant will continue to harass, stalk, intimidate, defame

and cause damage to Plaintiffs business and reputation.   Such injury would be  irreparable

because the Defendant has and continues to contact clients in violation of the parties employment

RECORDER'S MEMORANDUM:
This instrument is of poor quality
at the time of imaging.

*Temporary Injunction*

*1 | P a g e*

agreement, post derogatory and confidential information in violation of the parties employment agreement and threaten Plaintiffs.

A.   **IT IS THEREFORE ORDERED** that the clerk of this Court issue a Temporary Injunction and Restraining Order Stopping Defendant and his agents, assigns, employees and representatives from contacting the Plaintiff, entering onto her property located a 4606 FM 1960 Suite 210, Houston, Texas 77069 and restraining  Defendant, his officers, agents, servants, employees, attorneys and any other persons in active concert or participation with them who receive actual notice of this order by personal service or otherwise, whether acting directly or through any trust, corporation subsidiary, division, or other devise, shall be restrained from engaging in the following acts or practices:

1. Be immediately restrained, from entering onto the property located at 4606 FM 1960 Suite 210, Houston, Texas 77069 and contacting, communicating with Plaintiffs and entering onto said property, contacting clients, posting derogatory statements, confidential information and ~~slander~~ derogatory information on the internet, social media or any other public forum.

2. From contacting the Plaintiffs or any of their employees or clients in any manner.

B.   **IT IS FURTHER ORDERED** that the Clerk of the above-entitled Court shall forthwith issue an Exparte temporary restraining **MICHAEL HOURIHAN** order in conformity with the law and the terms of this Order.  This order shall be effective without the execution of a bond.

C.   **IT IS FURTHER ORDERED** that the clerk shall issue notice to Defendant, to appear before this Court in the courthouse in Harris County, Texas, on 13 October at 2017 11:00 a. m The purpose of the hearing is to determine whether, while this case is pending:

1.        The preceding temporary injunction and order restraining the execution of the writ of possession from said property located at 4606 FM 1960 Suite 210, Houston, Texas 77069 and as to why it should be made a temporary injunction pending final hearing.

**IT IS FURTHER ORDERED** that any authorized person eighteen years of age or older who is not a party to or interested in the outcome of this case may serve any citation, notice, or process in this case.

SIGNED on _29 Sep. 2017_ at _11:2_ A.M.

_____
JUDGE PRESIDING

COLLEEN M. McCLURE
ATTONREY AT LAW

By:_/s/ Colleen M. McClure_
    Colleen M. McClure
SBN: 24012121
4201 Cypress Creek Parkway, Suite 565
Houston, Texas 77068
Telephone:   (281)   440-1625
Facsimile:   (281)   946-5627
**colleen.mcclure@att.net**
**ATTORNEY FOR PLAINTIFF**

*This temporary restraining order shall expire at midnight fourteen days from its issuance.*

*Bond is hereby set at $500.00.*