United States District Court
Southern District of Texas
**ENTERED**
December 13, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| EZ EXIT NOW, LLC<br>and<br>DAN COBB, KRISTIN COBB, <br><br>    Plaintiffs,<br>VS.<br><br>RIPOFF REPORT<br>and<br>MAGEDSON EDWARD,<br><br>    Defendants. | § § § § § § § § § § § § | CIVIL ACTION NO. 4:17-CV-3591 |

## ORDER

Before the Court is Plaintiffs' Original Complaint and Application for Emergency Ex Parte Injunction (Doc. #1). In regard to the request for a temporary restraining order, the Court finds that the requesting party has not shown a likelihood of success on the merits. As such, the request is DENIED.

It is so ORDERED.

DEC 1 3 2017
_____
Date

_____
The Honorable Alfred H. Bennett
United States District Judge